# UNITED STATES DISTRICT COURT, FOR THE CENTRAL DISTRICT OF CALIFORNIA

MM GAMES D.O.O.

    Plaintiff(s)

v.

ANDRE REBELO-SOARES D/B/A TYPICAL GAMER, JOGO STUDIOS, INC.

    Defendant(s)

CASE NUMBER: 2:25-cv-01969-KS

**AFFIDAVIT OF CORPORATE SERVICE**

---

I, Selena Cabrera, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **March 19, 2025** at approximately **3:48 PM**, Elite Legal Services received the within **SUMMONS, COMPLAINT WITH EXHIBITS, NOTICE OF LODGING NON-PAPER EXHIBIT, CIVIL COVER SHEET, REPORT USPTO ON FILING ACTION RE COPYRIGHT, CORPORATE DISCLOSURE STATEMENT, APPLICATION TO EXCEED PAGE LIMITATION (WITH PROPOSED PI MOTION ATTACHED), NOTICE OF ASSIGNEMENT TO MAGISTRATE JUDGE, DECLINATION OF CONSENT TO MAGISTRATE JUDGE**.

On **March 24, 2025** at approximately **10:18 AM**, I served the above documents on **JOGO STUDIOS, INC.** by leaving the documents with **LILLIE ASHLEY**, the **AUTHORIZED AGENT of ERESIDENTAGENT, INC.**, the **REGISTERED AGENT** of **JOGO STUDIOS, INC.**. The approximate description of **LILLIE ASHLEY** is:

Sex: **Female** - Skin: **Caucasian** - Hair: **Blonde** - Age: **30** - Height: **5'3"** - Weight: **120 lbs** - Other:

Service was effected at **ERESIDENTAGENT, INC. 1013 CENTRE RD., SUITE 403S, WILMINGTON, DE 19805** in **NEW CASTLE** county.

STATE OF _Delaware_
COUNTY OF _New Castle_

Signed and sworn to before me on this _26th_ day of _March_, 20_25_.

_[signature]_
Notary Public

HERMINIO CABRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 07-31-2026

X _[signature]_ 3·26·25
  Selena Cabrera

---

Elite Legal Services
1685 S. Colorado Blvd. Suite S-180
Denver, CO 80222
720-980-2277

Client Reference Number:
Lawyer Reference Number:
ELS Number: **52745**

DORSEY & WHITNEY, LLP
701 5TH AVE.
SUITE 6100
SEATTLE, WA 98104-7043
Requestor: NANCY DURAN
206.903.8715