DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
 keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice pending*)
 hansen.connor@dorsey.com
Dylan Harlow (*pro hac vice pending*)
 harlow.dylan@dorsey.com
Kayla 'Auli'ilani Ganir (*pro hac vice*)
 ganir.kayla@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone:  206.903.8800
Facsimile:   206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
 schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff MM Games d.o.o.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MM Games d.o.o.,<br><br>              Plaintiff,<br><br>v.<br><br>Andre Rebelo-Soares d/b/a Typical Gamer, Chad Mustard, and  Jogo Studios, Inc.<br><br>              Defendants. | CASE NO. 2:25-CV-01969-GW-JPR<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Filed concurrently with:<br>1) Plaintiff's Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction and;<br>2) [Proposed] Order Granting Plaintiff's Motion for Preliminary Injunction<br><br>Hon. George H. Wu<br><br>Date:  July 31, 2025<br>Time:  8:30 a.m.<br>Courtroom:  9D<br><br>Complaint filed: March 6, 2025 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEASE TAKE NOTICE that on July 31, 2025, before the assigned Honorable Judge in a Courtroom to be determined of the United States District Court, Central District of California, Western Division, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiff MM Games will, and hereby does, move the Court pursuant to Federal Rule of Civil Procedure 65 for an order granting a preliminary injunction enjoining Defendants Andre Rebelo-Soares d/b/a Typical Gamer, Chad Mustard, and Jogo Studios, Inc. ("Jogo Studios") (collectively "Defendants") from making additional copies of Plaintiff's copyright protected work, distributing copies of the work, and publicly distributing copies of the work.

MM Games has filed a Verified First Amended Complaint in this action for copyright infringement in violation of 17 U.S.C. § 101 *et seq*. Plaintiff moves for a preliminary injunction relating to the allegations of copyright infringement. This motion is based on this Notice of Motion and Motion for Preliminary Injunction; the Verified First Amended Complaint; the concurrently filed Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction; [Proposed] Order Granting Motion for Preliminary Injunction; the file and record in this case; and any additional argument that the Court may consider in connection with this matter. The criteria for issuing a preliminary injunction are met here as detailed in the concurrently filed Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction.

The Court should enter a preliminary injunction to maintain the status quo and stop and prevent irreparable harm that will occur while this case is pending.

NOTICE OF MOTION AND MOTION
FOR PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-01969-GW-JPR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  June 12, 2025                    DORSEY & WHITNEY LLP


By: */s/ J. Michael Keyes*
_____
DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  *keyes.michael@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
Dylan Harlow (*pro hac vice*)
  *harlow.dylan@dorsey.com*
Kayla 'Auli'ilani Ganir (*pro hac vice*)
  *ganir.kayla@dorsey.com*
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff MM Games*
*d.o.o.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, a true and correct copy of the foregoing was sent via mail to all parties to this action. A true and correct copy of the foregoing was also sent to opposing counsel via electronic mail.

*/s/ J. Michael Keyes*
J. Michael Keyes, SBN 262281