J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
Dylan Harlow (*pro hac vice*)
  *harlow.dylan@dorsey.com*
Kayla 'Auli'ilani Ganir (*pro hac vice*)
  *ganir.kayla@dorsey.com*
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone:  (206) 903-8800
Facsimile:   (206) 903-8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499
*Attorneys for Plaintiff MM Games d.o.o.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MM Games d.o.o.,<br><br>        Plaintiff,<br><br>v.<br><br>Andre Rebelo-Soares d/b/a Typical Gamer, Chad Mustard, and Jogo Studios, Inc.<br><br>        Defendants. | CASE NO. 2:25-CV-01969-GW-JPR<br><br>**DECLARATION OF DYLAN HARLOW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Filed contemporaneously with Plaintiff's Notice of Motion and Motion For Preliminary Injunction<br><br>Hon. George H. Wu<br>Date: July 31, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D |

I, Dylan Harlow, hereby declare as follows:

1. I am an associate with the law firm of Dorsey & Whitney LLP. I am over the age of 18 and am counsel of record for Plaintiff MM Games d.o.o. ("MM Games" or "Plaintiff") in the above-referenced action.

2. I make and submit this declaration in connection with Plaintiff's Notice of Motion and Motion For Preliminary Injunction.

3. Attached hereto as **Exhibit A** is a true and correct copy of an email I sent to Defendants' current counsel on April 25, 2025 containing the Copyright Application and Synopsis for Copyright Application for Crazy Red Vs Blue.

4. Attached hereto as **Exhibit B** is the Copyright Application and Synopsis for Copyright Application for Crazy Red Vs Blue.

I certify under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 12th day of June, 2025 in New York, New York.

                                       */s/ Dylan Harlow*
                                       Dylan Harlow

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

                                              */s/ J. Michael Keyes*
                                              J. Michael Keyes, SBN 262281

# Exhibit A

| | |
|---|---|
| **From:** | Harlow, Dylan |
| **To:** | "Boven, Stacy"; Keyes, Mike |
| **Cc:** | Hansen, Connor; Ganir, Kayla; Duran, Nancy; Van Loon, Erica |
| **Subject:** | RE: MM Games |
| **Date:** | Friday, April 25, 2025 4:18:07 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>2024-11-19 Copyright Application No. 1-14458937641_CRAZY RED VS. BLUE.pdf<br>Synopsis for Copyright Application.docx |

Stacy,

Please find attached the relevant Copyright Application and Synopsis. To my knowledge, this is all the correspondence that was sent to the Copyright Office.

Regarding the Protective Order, we will get back to you next week. Friday morning should work to meet and confer.

Best,
Dylan

**Dylan Harlow**
Associate



DORSEY & WHITNEY LLP
51 West 52nd Street | New York, NY 10019-6119
**P:** (212) 415-9320

WWW.DORSEY.COM  ::  NEW YORK  ::  BIO  ::  V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*

# Exhibit B

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-14458937641

## Mail Certificate

Dorsey & Whitney LLP
Dylan Harlow
701 Fifth Avenue
 Suite 6100
Seattle, WA 98104 United States

**Priority:** Special Handling   **Application Date:** November 19, 2024

## Correspondent

**Organization Name:** Dorsey & Whitney LLP
**Name:** Evan Everist
**Email:** ip.docket@dorsey.com
**Telephone:** (612)492-6819
**Address:** 50 South Sixth Street
Suite 1500
Minneapolis, MN 55402 United States

Registration Number

**\*-APPLICATION-\***

## Title

**Title of Work:** CRAZY RED VS BLUE [Island Code: 2898-7886-8847]

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 21, 2023
**Nation of 1st Publication:** Croatia

## Author

- **Author:** Mateo Martic
  **Author Created:** Videogame - audiovisual material
  **Work made for hire:** No
  **Citizen of:** Croatia
  **Year Born:** 2003

## Copyright Claimant

**Copyright Claimant:** MM Games d.o.o.
Ulica Ive Paraca 8, Sesvete
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** third-party audiovisual elements

**New material included in claim:** all other audiovisual elements

## Rights and Permissions

**Organization Name:** Dorsey & Whitney LLP
**Name:** Evan Everist
**Email:** ip.docket@dorsey.com
**Telephone:** (612)492-6819
**Address:** 50 South Sixth Street

Page 1 of 2

Suite 1500
Minneapolis, MN 55402 United States

## Certification

**Name:** Evan Everist
**Date**: November 19, 2024
**Applicant's Tracking Number**: M322777

<u>**Synopsis for "CRAZY RED VS BLUE [Island Code: 2898-7886-8847]"**</u>
Application Case Number: 1-14458937641

Pursuant to Section 1509.2(E)(2) of the Compendium of U.S. Copyright Office Practices, Applicant hereby provides the following synopsis of the audiovisual work it seeks to register:

The work is a video game created by author Mateo Martić and assigned to claimant MM Games d.o.o..  Visual coding was employed utilizing two interconnected computer applications: Fortnite Creative and the Unreal Engine for Fortnite.  Tools and devices found in these software applications were assembled to create the artistic elements, game mechanics, and to shape its overall aesthetics.  Each tool, device, or combination, brought its own specific action, logic or artistic element.  The complex combination of these tools and devices culminated in the work.

The deposit submitted with the application is identifying material consisting of a video depicting portions of the work authored by Mateo Martić, namely, a video game where players start (spawn) into an elevated enclosure, equip themselves with "weapons" and "consumables", then drop down into an arena through a central opening, where they "battle".