UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**[AMENDED] CIVIL MINUTES - GENERAL**

| Case No. | CV 25-1969-GW-JPRx | Date | February 23, 2026 |
|---|---|---|---|
| Title | *MM Games d.o.o. v. Rebelo Soares, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| J. Michael Keyes | Jacqueline D. Relatores |
| | Stacy M. Boven |

**PROCEEDINGS:**     **PLAINTIFF/COUNTER-DEFENDANTS' MOTION TO DISMISS COUNTERCLAIMS [102]**

The Court's Tentative Ruling on Plaintiff/Counter-Defendant's Motion [102] was issued on February 20, 2026 [110]. Oral argument is held. *For reasons stated on the record, the Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS the Motion with leave to amend as to the state law counterclaims, DENIES the Motion as to the DMCA counterclaim, and DEFERS ruling on the Motion to the extent it seeks to strike certain allegations related to the state law counterclaims under the anti-SLAPP statute pending amendment of those counterclaims.* Plaintiff/Counter-Defendants will have until March 25, 2026 to file a First Amended Counterclaim.

                                                        :   20

Initials of Preparer    JG