JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MM Games d.o.o., | Case No. CV 25-1969-GW-DMK |
| Plaintiff, | **ORDER GRANTING REQUEST FOR DISMISSAL** |
| v. | |
| Andre Rebelo-Soares d/b/a Typical Gamer, Chad Mustard, Jogo Studios, Inc., | Hon. George H. Wu |
| Defendants/Counter-Plaintiffs. | |
| v. | |
| MM Games d.o.o., Mateo Martić, | |
| Counter-Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATED
REQUEST FOR DISMISSAL                                     Case No. 2:25-CV-01969-GW-JPR

Having considered the Stipulated Request for Dismissal jointly submitted by Plaintiff / Counter-Defendant MM GAMES D.O.O. and Counter-Defendant MATEO MARTIĆ, and Defendants / Counter-Plaintiffs ANDRE REBELO-SOARES d/b/a TYPICAL GAMER, CHAD MUSTARD, and JOGO STUDIOS, INC. (collectively, the "Parties"), the Court hereby Orders the following:

1.    All claims and counterclaims in the above captioned matter be dismissed with prejudice; and

2.    The Parties each bear their own attorneys' fees and costs

**IT IS SO ORDERED.**

SIGNED this 17th day of April, 2026.

_George H. Wu_
_____
HON. GEORGE H. WU,
United States District Judge

-1-
[PROPOSED] ORDER GRANTING STIPULATED
REQUEST FOR DISMISSAL                                    Case No. 2:25-CV-01969-GW-JPR